UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

BRANDEN HINGLE                        CIV. ACTION NO. 3:25-01898 SEC P

VERSUS                                JUDGE TERRY A. DOUGHTY

ROBERT RUSTING, ET AL.                MAG. JUDGE KAYLA D. MCCLUSKY

JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 19], noting no written and filed objections thereto, and after an independent review of the record,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff Branden Hingle's claims for injunctive and/or declaratory relief are **DISMISSED WITHOUT PREJUDICE**, for lack of subject matter jurisdiction. *See* Fed. R Civ. P. 12(h)(3).

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff Branden Hingle's claims for compensatory damages are **DISMISSED WITH PREJUDICE**, pursuant to 42 U.S.C. § 1997e(e).

**IT IS FURTHER ORDERED** that the pending motions [Doc. Nos. 14 & 16] are **DENIED**. The case is closed.

MONROE, LOUISIANA, this 25th day of June 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1